UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                    CASE NO. 08-12723
                                                                                    CHAPTER 13
CAROLYN COLE

                                                                                    JUDGE JANET S BAER

DEBTOR                                                       **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DEUTSCHE BANK NATIONAL

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 6 | 2 | 2740 15347 4TH AVE | $5,992.08 | $5,992.08 | $5,992.08 |
| Total Amount Paid by Trustee | | | | | $5,992.08 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit            **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-12723

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 16th day of April, 2013.

Debtor:
CAROLYN COLE
15347 4TH AVE
PHOENIX, IL  60426

Attorney:
STUART B HANDELMAN
200 S MICHIGAN AVE # 205
CHICAGO, IL  60604
via Clerk's ECF noticing procedures

Creditor:
DEUTSCHE BANK NATIONAL
% COUNTRYWIDE HOME LOANS
7105 CORPORATE DRIVE
MAIL STOP PTX  C-35
PLANO, TX  75024

Mortgage Creditor:
HOMEQ SERVICING CORP
% IRA T NEVEL
175 N FRANKLIN STE 201
CHICAGO, IL  60606

Mortgage Creditor:
HOMEQ SERVICING CORP
% IRA T NEVEL
175 N FRANKLIN STE 201
CHICAGO, IL  60606

Mortgage Creditor:
DEUTSCHE BANK NATIONAL TRUST
% ROSICKI ROSICKI & ASSOC
51 E BETHPAGE RD
PLAINVIEW, NY  11803

Mortgage Creditor:
DEUTSCHE BANK NATL TRUST
% FISHER & SHAPIRO
2121 WAUKEGAN RD # 301
BANNOCKBURN, IL  60015

ELECTRONIC SERVICE - United States Trustee

Date:  April 16, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603