## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 08-12723 |
| CAROLYN COLE | ) | |
| | ) | CHAPTER 13 |
| Debtor. | | |

## RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE

    Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-NC4, by counsel, for its response to Trustee's Notice of Final Cure, states:

1. The amount required to cure the default in Claim number 7, filed by Creditor, has been paid in full.

2. The Debtor is current on ongoing payments.

                          Respectfully Submitted,


                          /s/ Phillip A. Pluister
                          Phillip A. Pluister
                          Burke, Costanza & Carberry LLP
                          9191 Broadway
                          Merrillville, IN 46410
                          (219) 769-1313

### CERTIFICATE OF SERVICE

I hereby certify that, on May 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

By: /s/ Phillip A. Pluister
Phillip A. Pluister